1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ALVIN AUGUSTINE,                        No.  2:25-cv-2067 AC P

12                   Plaintiff,

13         v.                                  ORDER

14    CASEY,

15                   Defendant.

16

17         Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to

18   42 U.S.C. § 1983.  The complaint alleges multiple claims against one defendant, Sergeant Casey,

19   based on incidents that occurred in San Bernardino County, at California Institute for Men

20   ("CIM").  ECF No. 1.  Plaintiff has neither filed an application to proceed in forma pauperis

21   pursuant to 28 U.S.C. § 1915 nor paid the filing fee for this action

22         The federal venue statute provides that a civil action "may be brought in (1) a judicial

23   district in which any defendant resides, if all defendants are residents of the State in which the

24   district is located, (2) a judicial district in which a substantial part of the events or omissions

25   giving rise to the claim occurred, or a substantial part of property that is the subject of the action

26   is situated, or (3) if there is no district in which an action may otherwise be brought as provided in

27   this action, any judicial district in which any defendant is subject to the court's personal

28   jurisdiction with respect to such action."  28 U.S.C. § 1391(b).

                                               1

1    Because plaintiff's case should have been filed in the United States District Court for the

2    Central District of California, which covers San Bernardino, County, in the interest of justice, the

3    case will be transferred to the correct district.  See 28 U.S.C. § 1406(a) (a federal court may

4    transfer a complaint filed in the wrong district to the correct district); Starnes v. McGuire, 512

5    F.2d 918, 932 (D.C. Cir. 1974).

6    Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United

7    States District Court for the Central District of California.

8    DATED: July 29, 2025

9    _____

ALLISON CLAIRE
10   UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28